UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THOMAS POLIFKA,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive,**<br><br>        Defendant. | Civil Action No.:<br>2:13-cv-07600-KSH-CLW<br><br>Judge: Hon. Katharine S. Hayden<br><br>Magistrate: Hon. Cathy L. Waldor<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff, Thomas Polifka, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendant, Performant Recovery, Inc. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Dated: February 3, 2014

                                        RESPECTFULLY SUBMITTED,

                                        By: s/ Michael Alan Siddons, Esq.
                                        Michael Alan Siddons, Esquire
                                        New Jersey Attorney ID # 017592008
                                        The Law Office of Michael Siddons
                                        16 Front Street, P.O. Box 403
                                        Media, PA 19603
                                        484.614.6546 (Phone)
                                        msiddons@siddonslaw.com
                                        *Counsel for Plaintiff, Thomas Polifka*

1